AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Exhibit A 2 of 9

# UNITED STATES DISTRICT COURT
## for the

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 20 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

Richard Amun'Ra Bey
_____
Petitioner / Claimant

v.

Case No. 3:21 CV 278 TSL-RPM
(Supplied by Clerk of Court)

Raymond Detention Center
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Richard Amun'Ra Bey Ex Rel RICHARD CONRAD JOHNSON
   (b) Other names you have used: Ex Rel RICHARD CONRAD JOHNSON

2. Place of confinement:
   (a) Name of institution: Raymond Detention Center
   (b) Address: _____
   (c) Your identification number: 77000 47433 - 7394

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Clinton, Ms Courthouse
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: 3/21/21
   ☐ Being held on an immigration charge
   ☒ Other (explain): The Judge tried

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Case 3:21-cv-00278-TSL-RPM   Document 1   Filed 04/20/21   Page 2 of 9

*Entered as Evidence*
*Clinton Court*

*Exhibit A 1 of 9*

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. A false statement may lead to prosecution.

4. **Answer all the questions.** You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. All filings must be submitted on paper sized 8½ by 11 inches. Do not use the back of any page.

5. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

Page 1 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241    Exhibit A 3of9

- ☒ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☐ Other (explain): I'm a Moorish American National, I full explained that to the Judge and, He stated that he doesn't care about my Nationality and he is in Violation of His Oat of Office and the Constitution

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: He Convicted Me with an Injured Party an Indictment, Trial, and Jury, Applying Color of Law Clinton
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): No License, No Tag, No Drivers License, Covering My Vin# On my Vehicle, Fals Identity, All Unconstitutionally against The Natural People + Human Rights Violations, and International
   (d) Date of the decision or action: 3/21/21

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Clinton, Ms Courthouse

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised: I sent the Court Judge\Mayor of Clinton, M a Copy of My Proclamation + Declaration of My Nationality a Showed Nationality Card at time of Arrest

   (b) If you answered "No," explain why you did not appeal: Everything is Unconstitutional and these Officers want me to be represented by a Public Defender and My Nationality, In Propia Persona I Represent Self + I'm Under Threat Duress + Coersion

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                    Exhibit A 4of9

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: **I'm a Moorish American National and my Nationality International Human Rights Constitutional Secured Inalienable, Unalienable are being Unconstitionally Violated**

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: **I'm a Moorish National and Color of Office Law, and Authority are being applied to the Natural People. The Judge is in Dishoner of his Oar of Office and the Constitution Treaties**

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☑ Yes    ☐ No

If "Yes," answer the following:

    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Exhibit A 5 of 9

If "Yes," provide:
(1) Name of court: Clinton, Ms Courthouse
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised: The charge me with Driving while I was TRAVELING doing NO Commerce in my personal Property, I am Not a Dead Status, but I'm the Living Flesh & Blood, In Full Life to Traveling on my Estate as a Moorish American National. The Judge is In Dishon of his Oath and the Constitution and Disregard for my Health. I Pased Out and Hit my Head due to Inregular Heartbeat, told Judge He Disregard It

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: My Moorish American Nationality, I'm Under Federal, So I have to go through Federal Court to Supreme Court before an Article III Judge that has Jurisdiction to proceed on Personum, Subject, and Territory Jurisdiction. In terior are In an Administrative Capacity

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Exhibit 6 of 9

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                    Exibit A 7 of 9

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: I am a Moorish American National, they has Charge me with Unconstitutional Codes, Statues and Ordinances, The Officers Igored my Nationality Card, the Judge Stated that he Cares Nothing About my Nationality, Im Proping Persons of me Challenging his Jurisdiction

(a) Supporting facts (Be brief. Do not cite cases or law.):
International Law States that I have a right to a Nationality, My Humans Right have been Violated, Constitutional In Violation Article III + VI Treaties 1787 & 1836 All have been Violated. House Resolution 75 Whiling Traveling In My Vehicle I have been held hostage, for Unconstitutional Fiat Under Article 1 Section 10

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

GROUND TWO: _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

GROUND THREE: _____

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.

Exhibit 8 of 9

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____
_____
_____

**Request for Relief**

15. State exactly what you want the court to do: Honor the 1791 Constitution & Treaties of Moorish American Nationality. Also I have been Denied Professional Medical Care. I have an Irregular Heartbeat, Bracket on Spine, Glaucoma, and Dealing with after Effects of Chemo & Radiation. I passed Out due to Irregular Heartbeat hurt my Neck ahead I told Judge and he Disregard my Nationality and Health. They are holding me under a Corporation Entity/Jenny
RICHARD CONRAD JOHNSON
#M00042433

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Exhibit A 9of9

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/14/21

Signature of Petitioner
Ex Rel: RICHARD CONRAD JOHNSON Claimant
Bauhaus Amun Ra Bey

_____
Signature of Attorney or other authorized person, if any